Douglas W. Eyre (Admitted *pro hac vice*)
MCALPINE PC, A Professional Corporation
3201 University Drive, Ste. 200
Auburn Hills, MI 48326
Telephone: 248.373.3700
Facsimile: 248.373.3708
dweyre@mcalpinepc.com

Attorneys for Plaintiff
HAYWARD PROPERTY, LLC

Eric Rosenberg (Admitted *pro hac vice*)
Joseph Tucker (Admitted *pro hac vice*)
FIDELITY NATIONAL LAW GROUP
350 Fifth Avenue, Ste. 3000
New York, NY 10018
Telephone: 646.708.8096
Eric.rosenberg@fnf.com

Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
rowene@gtlaw.com
gershmanm@gtlaw.com

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, a Florida Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYWARD PROPERTY, LLC, a Michigan limited liability corporation,<br>　　　　Plaintiff,<br><br>v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation,<br>　　　　Defendant. | CASE NO. 17-cv-06177-SBA<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: July 8, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Thomas Hixson<br>Location: Remote Videoconference<br>Complaint Filed:　October 27, 2017<br>Trial Date:　　　　January 25, 2021 |

Plaintiff Hayward Property, LLC ("HPL") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth;" HPL and Commonwealth are collectively referred to herein as the "Parties") hereby stipulate and agree with regard to the following:

WHEREAS, the Parties are scheduled to participate in a settlement conference with Hon. Thomas Hixson on July 8, 2020, at 10:00 a.m.;

WHEREAS, the Court entered an order adjourning dates and resetting the settlement conference to a date between October 16, 2020, and November 9, 2020 [Dkt. 83];

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, through counsel, that, subject to this Court's approval:

1. The settlement conference scheduled for July 8, 2020, shall be adjourned to Friday, November 6, 2020, at 10:00 a.m.

DATED: June 30, 2020              MCALPINE PC, A Professional Corporation


                                  By /s/ Douglas W. Eyre
                                      Douglas W. Eyre
                                  Attorneys for Plaintiff
                                  HAYWARD PROPERTY, LLC

DATED: June 30, 2020              GREENBERG TRAURIG, LLP


                                  By /s/ Eric V. Rowen
                                      Eric V. Rowen
                                  Attorneys for Defendant
                                  COMMONWEALTH LAND TITLE INSURANCE
                                  COMPANY, a Florida Corporation

DATED: June 30, 2020              FIDELITY NATIONAL LAW GROUP


                                  By /s/ Eric Rosenberg
                                      Eric Rosenberg
                                  Attorneys for Defendant
                                  COMMONWEALTH LAND TITLE INSURANCE
                                  COMPANY, a Florida Corporation

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court will hear this settlement conference by Zoom Videoconferencing. The Court will issue a new Settlement Conference order setting forth all the information for the Zoom Settlement Conference to proceed.

DATED: 6/30/2020

*/s/ T.M. Hixson*
Hon. Thomas Hixson
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I caused the **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** to be electronically filed the with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

By: /s/ *Johnice Cox*
Johnice Cox