UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYWARD PROPERTY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 20-mc-80102-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 12, 2020, this action was transferred to this District. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Saundra Brown Armstrong to determine whether it is related to *Hayward Property, LLC v. Commonwealth Land Title Insurance Company*, Case No. 17-cv-6177 SBA.

**IT IS SO ORDERED.**

Dated: October 16, 2020

_____
DONNA M. RYU
United States Magistrate Judge